NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**COLONIAL PRESS INTERNATIONAL, INC.,**
*Appellant*

**v.**

**DIRECTOR OF THE GOVERNMENT PUBLISHING OFFICE,**
*Appellee*

———————————

2023-1492

———————————

Appeal from the Government Accountability Office, Contract Appeals Board in No. 2020-02, .

———————————

## **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    COLONIAL PRESS INTERNATIONAL, INC. V. DIRECTOR OF THE
GOVERNMENT PUBLISHING OFFICE

(2) Each side shall bear their own costs.

FOR THE COURT

June 20, 2023                    /s/ Jarrett B. Perlow
     Date                       Jarrett B. Perlow
                                Acting Clerk of Court

**ISSUED AS A MANDATE:** June 20, 2023